**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION AT COLUMBUS**

| | | |
|---|---|---|
| CHRISTOPHER-MICHAEL WILLIAMS,<br><br>Plaintiff,<br><br>vs.<br><br>ODRC DIRECTOR ANNETTE CHAMBERS-SMITH, *et al.*,<br><br>Defendants. | : | Case No. 2:25-cv-01508<br><br>District Judge Algenon L. Marbley<br>Magistrate Judge Caroline H. Gentry |

## ORDER TEMPORARILY STAYING CASE

The United States Court of Appeals for the Sixth Circuit is currently considering the main legal issue presented in this case. *See Jeremy Quinn, Jr. v. John/Jane Doe, et al.,* Case No. 25-3845 (considering the constitutionality of the ODRC's legal mail policy).[1] Oral argument is scheduled in *Quinn* for October 22, 2026.

[1] The District Court in that case concluded:

> There is no dispute that all four *Turner* factors support a finding of reasonableness, and therefore no reasonable jury could conclude a First Amendment violation occurred. Consequently, Mr. Quinn is not entitled to summary judgment on his First Amendment claim because he has failed to show a constitutional violation and thus has not shown he is entitled to judgment as a matter of law. On the other hand, viewing the facts in a light most favorable to Mr. Quinn, Defendants have proved the prison regulation is reasonable in accordance with each of the *Turner* factors and Mr. Quinn has failed to establish a genuine dispute of material fact such that a reasonable jury could return a verdict in his favor. Defendants are thus entitled to summary judgment on Mr. Quinn's First Amendment claim. Mr. Quinn's request for declaratory judgment that Defendants violated his constitutional rights is therefore denied.

*Quinn v. Rodriguez*, No. 3:22-cv-661, 2025 WL 623762, at *9 (N.D. Ohio Feb. 26, 2025), *recon. denied*, 2025 WL 2771527 (N.D. Ohio Sept. 29, 2025).

In the interest of judicial economy, this case is hereby **STAYED** pending a decision by the Sixth Circuit in *Quinn*.

**IT IS SO ORDERED.**

*s/Caroline H. Gentry*
CAROLINE H. GENTRY
United States Magistrate Judge